**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SARAH ALEXANDER, an individual; ROBERT ROY ALEXANDER, an individual,<br><br>  Plaintiff(s),<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION dba Costco, a Foreign Corporation; VALLEY CONTAX, INC.; DOES I-X, inclusive; ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>  Defendant(s). | 2:21-cv-0509-APG-VCF<br><br>**ORDER** |

Before the court is plaintiff's motion for spoliation of evidence against defendant Costco Wholesale Corporation. (ECF NO. 31).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on plaintiff's motion for spoliation of evidence against defendant Costco Wholesale Corporation (ECF NO. 31), is scheduled for 3:00 PM, September 7, 2023, in Courtroom 3D.

DATED this 17th day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE