# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH ELIZABETH ALEXANDER, et al., | Case No.: 2:21-cv-00509-APG-VCF |
| Plaintiffs | **Order** |
| v. | |
| COSTCO WHOLESALE CORPORATION, et al., | |
| Defendants | |

On October 11, 2023, the parties indicated that they needed another 30 days to finalize the settlement in this matter. They have not filed anything since then.

I THEREFORE ORDER that by January 26, 2024, the parties shall file a stipulation to dismiss or a status report regarding settlement. If they fail to do so, I may dismiss this case without further notice.

DATED this 5th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE