1  ALAN W. WESTBROOK, ESQ.
   Nevada Bar No. 006167
2  PERRY & WESTBROOK,
3  A Professional Corporation
   11500 S. Eastern Avenue, Ste. 140
4  Henderson, NV 89052
   Telephone: (702) 870-2400
5  Facsimile: (702) 870-8220
6  Email: awestbrook@perrywestbrook.com
   *Attorney for Defendant Valley Contax Inc.*
7

8                     **UNITED STATES DISTRICT COURT**
9                          **DISTRICT OF NEVADA**
10

11 SARAH ELIZABETH ALEXANDER, an         Case No.: 2:21-cv-00509-APG-VCF
   individual; ROBERT ROY ALEXANDER,
12 an individual,
13
                    Plaintiffs,
14                                        **STIPULATION AND ORDER FOR**
                                          **DISMISSAL WITH PREJUDICE**
15 vs.

16 COSTCO WHOLESALE CORPORATION
   dba Costco, a Foreign Corporation; VALLEY
17 CONTAX INC., DOES I-X; and ROE
   BUSINESS ENTITIES XI-XX, inclusive,
18
19                  Defendants.
20

21         IT IS HEREBY STIPULATED AND AGREED by and between counsel for their
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 15th day of November 2023.

MAINOR WIRTH, LLP

Ash Marie Blackburn, Esq.
Nevada Bar No. 14712
6018 S. Fort Apache Rd., Ste. 150
Las Vegas, NV 89148
*Attorney for Plaintiffs*

DATED this 15th day of November 2023.

PERRY & WESTBROOK

/s/ Alan W. Westbrook

ALAN W. WESTBROOK
Nevada Bar No. 6167
1701 W. Charleston Boulevard, #200
Las Vegas, Nevada 89102
*Attorneys for Defendants,*
*Valley Contax Inc.*

DATED this 30th of April 2024.

**MESSNER REEVES LLP**

/s/ Edgar Carranza

Edgar Carranza, Esq.
Nevada Bar No. 5902
**8945 W. Russell Road, Ste. 300**
**Las Vegas, NV 89148**
*Attorney for Defendants, Costco Wholesale Corporation d/b/a Costco*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: May 1, 2024